

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00368-CR

John Christopher **SPRINGALL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC-5316
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant filed a motion to supplement the reporter's record and to reset the date for the filing of appellant's brief because State's Exhibit 3 was not included in the reporter's record that was filed on August 11, 2014. The court reporter filed State's Exhibit 3 on August 25, 2014. It is therefore ORDERED that appellant's motion is GRANTED. Appellant's brief must be filed no later than September 24, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court